435 A.2d 269

Commonwealth v. Gary a/k/a Gray, Appellant.
Petition for Allowance of Appeal Denied Sept. 14, 1981.

 Submitted April 16, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.